UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RONNIE E. CULPEPPER**                                              **CIVIL ACTION**

**VERSUS**                                                                          **NO. 15-125-BAJ-RLB**

**CONSOLIDATED CONTAINER
COMPANY LP**

## ORDER

Before the court is Plaintiff's Motion to Compel Production of Internal E-Mails (R. Doc. 19) filed on March 4, 2016. The motion is opposed. (R. Doc. 22). Plaintiff has filed a Reply. (R. Doc. 24).

On August 19, 2015, Defendant identified and described the two sets of emails sought by Plaintiff on a privilege log, claiming that the emails are protected pursuant to the work product doctrine. (R. Doc. 19-2).

The first set of emails sought are March 17, 2014 communications described on the privilege log as follows: "E-mails between Laurie Walker (Regional Human Resources Manager) and Kathy Cashion (Director, Human Resources & Talent Management) re: severance agreement offered to Plaintiff." (R. Doc. 19-2). In response to Plaintiff's motion to compel, Defendant agreed to voluntarily produce these emails. (R. Doc. 22-1; R. Doc. 22 at 4).

The second set of emails sought are April 7, 2014 communications described on the privilege log as follows: "E-mails between David Holroyd (Former Kentwood Plant Manager), Laurie Walker, Luis Lopez (Senior Regional Human Resources Manager), and Paul Koziatek (Director, Risk Management) re: Plaintiff's unemployment claim." (R. Doc. 19-2).

Defendant has offered to provide the emails at issue to the Court for *in camera* inspection to determine whether the withheld emails are protected from disclosure pursuant to the work

product doctrine. The Court has determined that *in camera* inspection of the set of emails that remain at issue would aid resolution of the instant motion.

Accordingly,

**IT IS ORDERED** that Defendant shall submit the April 7, 2014 email communications that remain at issue to the undersigned's chambers for *in camera* inspection on or before **April 25, 2016**.

Signed in Baton Rouge, Louisiana, on April 20, 2016.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**